AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____ F̱o̱ṟ   Ṯ̱ẖe̱ _____    **District of** _M̱a̱s̱s̱a̱c̱ẖu̱s̱e̱ṯṯs̱_

_M̱ṟ Ḏu̱ṟa̱ṉ Ḻe̱v̱i̱ṉ - P̱ṟo̱ S̱e̱_
**Plaintiff**

v.

_A̱ṉḏṟe̱a̱ C̱a̱ḇṟa̱ḻ , e̱ṯ a̱ ḻ_
**Defendant**

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: _C̱.A̱.ṈO̱. 0̱4̱-1̱0̱2̱1̱8̱ - M̱ḺW̱_

I, _Ḏu̱ṟa̱ṉ Ḻe̱v̱i̱ṉ_ _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _S̱u̱f̱f̱o̱ḻḵ H̱o̱u̱s̱e̱ o̱f̱ C̱o̱ṟṟe̱c̱ṯi̱o̱ṉ_

   Are you employed at the institution? _Ṉo̱_  Do you receive any payment from the institution? _Ṉo̱_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   _V̱e̱ṯe̱ṟa̱ṉs̱ H̱o̱s̱p̱i̱ṯa̱ḻ, 1̱5̱0̱ J̱a̱m̱a̱i̱c̱a̱ P̱ḻa̱i̱ṉ , Ḇo̱s̱ṯo̱ṉ , m̱a̱ , 0̱2̱1̱2̱1̱
   ḻo̱w̱ Ḏo̱ḻḻa̱ṟs̱ A̱ṉ H̱o̱u̱ṟ, $̱ 4̱6̱.5̱.0̱0̱ Ṯa̱ḵe̱ H̱o̱m̱e̱ ,_

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☐ Yes | ☒ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4.  Do you have **any** cash or checking or savings accounts?        ☐ Yes        ☑ No

If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?        ☐ Yes        ☑ No

If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.    Negative

I declare under penalty of perjury that the above information is true and correct.

____2/25/04____          ____Mr. Darian Simon Bruce____
Date                                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.