To: Clerk of Court
1 Courthouse Way, Suite 2500
Office of The Clerk
Boston, MA. 02210

FILED
IN CLERKS OFFICE
2004 JUL -6 P 2:23
U.S. DISTRICT COURT
DISTRICT OF MASS.

IRVIN v. Cabral et al.
C.A. NO. 04-CV-10218 MLW

To: Honorable MR. Mark L. Wolf:
FROM: MR. DURAN IRVIN - Plaintiff
RE: CIVIL MATTERS
DATED: JUNE 24, 2004

I am directing This Correspondence To your respective office pertaining to the above entitled Matters, which are presently before the Court.

These Civil Matters were Filed with The Court on or around January of 2004, but has not Successfully Moved Forward due to The lack of interest implemented by The Suffolk House of Correction officials of The Treasurers Department of Said institution.

The Failure of The Inmate Treasurers office to obey a Courts order to provide to the Court's The Plaintiffs Court Filed Copy of his prison account Statement, has prejudiced The plaintiffs in The Form of Irreparable harm, and have prevented him From Furthering his Several Pending Civil Matters which The likelihood of Success is great.

The Continued unnecessary delay on The Inmate's Treasurer's Dept's officials To provide a copy of The Plaintiff's prison account, is an intentional act To prevent him from Grieving The Continuing Constitutional Violations presently Taking place at Said Institution and Thus warranting The Court's Immediate intervention by Implementing an order forcing The Defendants agents to obey by a court's order, directing The Institutional Treasurer's office to provide a copy of plaintiff's prison account sheet.

                    I Thankyou, for your Time and attention Towards
                These matters.


                              Very Sincerely yours,
                              Mr. Duran (Pro se, Pro se)
                              MR Duran Irvin, (Pro Se)
                                 20- Bradston St.
                                 Boston, Ma. 02118