UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DURAN IRVIN,
                Plaintiff,

v.                                  Civil Action No. 04-10218-NMG

ANDREA CABRAL, et al.,
                Defendants.

ORDER ON SCREENING PURSUANT
TO SECTIONS 1915(e)(2) AND/OR 1915A

Having completed the screening on the merits of plaintiff's complaint pursuant to Sections 1915(e)(2) and/or 1915A:

FINDINGS

1. The complaint is frivolous, malicious, or fails to state a claim upon which relief may be granted:

   No ☐    Yes ☐    as to defendant(s)
   _____
   _____

2. The complaint seeks relief from a defendant or defendants who are immune from such relief:

   No ☐    Yes ☐    as to defendant(s)
   _____
   _____

3. Section 1997e(g)(2) provides that:

   "The court may require any defendant to reply to a complaint brought under this section if it finds that the plaintiff has a reasonable opportunity to prevail on the merits."

   42 U.S.C. § 1997e(g)(2).

   Is the complaint sufficient to satisfy the pleading requirements for stating a cognizable claim and does the plaintiff have a reasonable opportunity to prevail on the merits against one or more defendants?

    a. Yes ☐    The Court has so determined and found as to defendant(s):
    _____
    _____

    b. No ☐    because the Court has determined that the complaint does not satisfy pleading requirements for stating a cognizable claim against:

        ☐ all defendants    ☐ the defendant(s)
    _____
    _____

    c. No ☐    because the Court has determined that the likelihood that plaintiff will prevail on the merits falls short of the "reasonable opportunity" standard of the statute, as to claims against:

        ☐ all defendants    ☐ the defendant(s)
    _____
    _____

    d. Cannot say

        ☒    It is not feasible for the Court to make a determination on these questions on the present record as to claims against:

        ☒ all defendants    ☐ the defendant(s)
    _____
    _____

## ORDERS

Based upon the foregoing:

1. The Clerk shall issue summonses and the United States Marshal serve a copy of the complaint, summons and this order as directed by the plaintiff with all costs of service to be advanced by the United States?
    No ☐    Yes ☒    ☒ as to all defendants
                                        ☐ only as to defendant(s)
                                          _____

2. The Clerk shall dismiss this action unless, on or before the 42nd day from the date of this Order, plaintiff has filed a submission showing good cause why the Court

should find that the pleading is sufficient to state a cognizable claim and that plaintiff will have a reasonable opportunity to prevail on the merits of plaintiff's claims against defendant(s)?

    No ☒    Yes ☐    ☐ as to all defendants
    ☐ only as to defendant(s)
    _____

3. a. Although defendant(s) may not have been served with a summons and complaint, are the defendant(s) invited but not required to file an answer to aid the Court in reaching a prompt final disposition on the merits?

    No ☐    Yes ☐    ☐ as to all defendants
    ☐ only as to defendant(s)
    _____

OR

b. If the defendant(s) have been served with a summons and complaint, are the defendant(s) required to reply within the time specified in the summons?

    No ☐    Yes ☒    ☒ as to all defendants
    ☐ only as to defendant(s)
    _____

9/16/04                               s/ Nathaniel M. Gorton
DATE                                UNITED STATES DISTRICT JUDGE