UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DURAN IRVIN,
      Plaintiff,

      v.

ANDREA CABRAL, et al.,
      Defendants.

CIVIL ACTION

NO  04-10218-NMG

### NOTICE FOR PAYMENT OF PRISONER FILING FEE

To:    THE TREASURER'S OFFICE AT SUFFOLK COUNTY HOUSE OF CORRECTION AND TO ANY TREASURER'S OFFICE AT FACILITIES TO WHICH THE INMATE NAMED ABOVE MAY BE TRANSFERRED

PLEASE TAKE NOTICE THAT:

Plaintiff, a prisoner proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $150.00 for this action.  See 28 U.S.C. § 1915(b)(1).

- [x] Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff has been assessed the following:
  - [ ] Full filing fee of $____ from available funds.
  - [x] An initial partial filing fee of: $29.00 due within ten (10) business days of receipt of this notice.
  - [x] Remainder of fee [$121.00] to be paid in accordance with 28 U.S.C. § 1915(b)(2) in monthly payments of 20% of the preceding month's income credited to the prisoner's account each time the amount in the account exceeds $10.00 until the filing fee is paid.
- [ ] Plaintiff has been without funds for six months and is currently without funds.  Pursuant to 28 U.S.C. § 1915(b)(2), plaintiff is obligated to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account until the statutory filing fee of $ 150.00 has been paid in full.

The Treasurer's Office at the institution designated above is required to send to the Clerk of the Court the initial partial filing fee (if assessed) and monthly payments from plaintiff's prison trust account (or institutional equivalent) each time the amount in the prisoner's account exceeds $10.00.  28 U.S.C. § 1915(b)(2). The monthly payments shall be sent on the last day of each month, beginning in the month subsequent to the date of this notice.  The monthly payments shall continue until the balance of $ 150.00   is paid in full.

The prisoner's name and case number must be noted on each remittance.  If a single check is provided in payment of filing fees for more than one prisoner, the amount to be allocated to each prisoner and case must be noted.  All checks should be made payable to the "Clerk, U. S. District Court" and transmitted to:

                U. S. District Court
                Cashier - Suite 2300
                1 Courthouse Way
                Boston, MA  02210

                TONY ANASTAS, CLERK

        By:    s/ Linn A. Weissman
                Deputy Clerk

Date:  9/17/04
cc: Plaintiff