UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Duran Irwin,<br>             **Plaintiff**<br><br>     V.<br><br>Andrea Cabral, et al.,<br>             **Defendant** | **CIVIL ACTION**<br><br>**NO.  04-10218** |

**ORDER OF DISMISSAL**

Gorton,   D. J.

For failure of the plaintiff to file a return of service and/or show good cause why service has not been made, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

                                                                    By the Court,


| 7/25/05 | /s/ Craig J. Nicewicz |
|---|---|
| Date | Deputy Clerk |